Clerk    7-14-2023    excuse HANDWRITING

Hi: This is the First TIME I WRITE y'all, Furthermore; I WAS BORN and RAISE in HOBBS, New Mexico

(CHANGE OF SUBJECT)    CV-23-342-TUC-RCC-PSOT

THE REASON I AM WRITING Because I WANT TO Notify the District Court judges of TUCSON, ARIZONA. THAT MY UNIT TEAM MR MIRANDA UNIT MANAGER, MR LUIS CASE MANAGER, MR NAVA COUNSELOR of UNIT B-2 at U.S.P.-TUCSON THAT they will NOT GIVE ME GRIEVANCE OR Administrative REMEDY. Denying me my constitutional Right, Furthermore; THE WARDEN MR Guitterrez HAS FAILED to Reprimend or to BRING my complaint toward these USP-TUCSON employee.

(CHANGE OF SUBJECT)
please Give me some NAMES of this District Court of TUCSON that CAN GIVE me some Advice, How to put a stop of these constitutional Rights violation. Requesting FULL NAMES and their position. THANKS

(CHANGE OF SUBJECT)
I know that the U.S. MARSHALL HAVE a OFFICE in y'all courthouse. REQUESTING supervisor full NAME, etc. So I CAN Notify them as well, please.

(CHANGE OF SUBJECT)
Also want the supervisor FUll NAME of the Federal probation office in y'all courthouse, please

(CHANGE OF SUBJECT)
I WANT TO BRING this to your intention, from the SEVEN CIRCUIT. The USP-TERRE HAUTE employees (INDIANA) were also Denying GRIEVANCE to the federal inmates, however; the ERIC GOOCH 2014 case CHANGE all that, so now at USP-TERRE HAUTE employee, have to pass out GRIEVANCE, when inmates request for it, FACTS.

MAYOR OF TUCSON AND OFFICE ADDRESS IN TUCSON OF CONGRESSMAN RAUL GRIJALVA please

(CHANGE OF SUBJECT)

If y'all have a list of law firms in Arizona, that have file lawsuit toward USP-Tucson employee,

please send me a copy of the list

Also you can go to (www.bop.gov) type in USP-Tucson lawsuit, and there will be names of attorney's that file lawsuits toward USP-Tucson employee

THANK YOU FOR YOUR TIME
GOD BLESS
Sincerely
GRACIANO P. QUEZADA
18050-051
DOB: 3-11-1975
SS: 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

P.S. clerk, do not send the sworn affidavit back to me because you will furthermore put my life in more danger. These USP-Tucson employees at least 65 percent are corrupted stuff facts. I have 23 years in total in the fed system. (Note: www.NewYorkTimes.com go to FEB-14-2023 you will see how USP-Thomson SMU program was shut down because of all the homicides, and the USP-Thomson employee took part in those murder) FACTS.

P.S.S. please send a copy's of my sworn affidavit to senators of Arizona and Tucson Mayor
1. Kyrsten Sinema
2. Mark Kelly
3. Raul Grijalva Tucson congressman